Submitted on record and briefs May 6, affirmed May 17, 1976

STATE OF OREGON, *Respondent,*

*v.*

CONSTANCE ANITA LUPTON, *Appellant.*

(No. 84362, CA 5669)

549 P2d 682

John K. Hoover, attorney for appellant.

Thomas H. Denney, attorney for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Frye,* 2 Or App 192, 465 P2d 736 (1970).